M.C. West, Little Rock, AR, pro se.

Daniel Warren Van Horn, Butler & Snow, Memphis, TN, for American General Financial Services of Arkansas, Inc.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

M.C. West appeals the district court's[1] dismissal of her complaint without prejudice for lack of subject matter jurisdiction. Having carefully reviewed the record de novo, *see Green Acres Enters., Inc. v. United States*, 418 F.3d 852, 856 (8th Cir. 2005), we find no basis for reversal. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.